UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINDA K. STEVENS,<br><br>      Plaintiff,<br><br>  v.<br><br>GREEN HOUSE SENIOR LIVING L.L.C., ANDREW GREENWOOD, JEFF LANGSTON, and JUSTIN MOFFETT,<br><br>      Defendants. | Case No. 1:20-cv-01177-TWP-TAB |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT

This matter having come before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 21) and the Court, being duly advised in the premises, now finds that the Motion for Approval of Settlement is **GRANTED**.

The Court hereby determines that the settlement is lawful, reasonable, and adequate, and therefore approves the terms and conditions of the Settlement Agreement at Doc. 22. The Court finds that the Settlement Agreement was made in good faith and is a fair resolution of this dispute. Specifically, the Court finds that the settlement amount and the distribution of the settlement amount stated in the settlement agreement is a fair and reasonable result.

Accordingly, the Settlement Agreement is APPROVED.

SO ORDERED.

Date: 10/19/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

- 2 -

**DISTRIBUTION TO:**

All ECF-registered counsel of record via email generated by the court's ECF system