UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINDA K. STEVENS,<br><br>    Plaintiff,<br><br>  v.<br><br>GREEN HOUSE SENIOR LIVING L.L.C., ANDREW GREENWOOD, JEFF LANGSTON, and JUSTIN MOFFETT,<br><br>    Defendants. | Case No. 1:20-cv-01177-TWP-TAB |

## ORDER

This case was previously closed on October 19, 2020 with the Order Approving Settlement. (Dkt. 28). The Parties' Stipulation of Dismissal, is granted so far as the Court notes in this cause against Defendants Green House Senior Living L.L.C., Andrew Greenwood, Jeff Langston, and Justin Moffett, that the **dismissal is with prejudice**, and the Parties shall bear their own costs, attorneys' fees and expenses.

Date: 10/26/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system